

# Fourth Court of Appeals
## San Antonio, Texas

April 15, 2015

No. 04-15-00215-CV

**IN RE** Gabriela Basurto **MARTINEZ**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Sandee Bryan Marion, Chief Justice
              Patricia O. Alvarez, Justice
              Jason Pulliam, Justice

On April 10, 2015, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the status of the trial court's plenary power and the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). **The respondent and the real parties in interest may file a response to the petition in this court no later than May 5, 2015.** Any such response must conform to Texas Rule of Appellate Procedure 52.4.

It is so **ORDERED** on April 15, 2015.

PER CURIAM

ATTESTED TO: _____
                  Keith E. Hottle, Clerk

---

[1] This proceeding arises out of Cause No. 2014CVF001593 D3, styled *Gabriela Basurto Martinez, Individually and as Representative of the Estate of Jose Basurto Martinez v. M&T Bank; M&T Mortgage Corporation; Federal Home Loan Mortgage Corporation; and County of Webb*, pending in the 341st Judicial District Court, Webb County, Texas, the Honorable Rebecca "Beckie" Palomo, presiding.